**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-1357**

KEN GRYDER,

       Plaintiff - Appellant,

     v.

COMMONWEALTH OF VIRGINIA, c/o Mark Herring; DMV OF VIRGINIA, Richard Holcomb DMV Commissioner; STAFFORD DEPUTY RENALDI MERVIL; LAURA RUDY, Stafford County Treasurer; ULTRIS COURTHOUSE APARTMENTS, c/o Senex Law; SHANK'S TOWING; ROBERT HARRIS, attorney from the original case and perjurer,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:21-cv-00262-LMB-MSN)

Submitted: August 24, 2021                    Decided: August 26, 2021

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ken Gryder, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ken Gryder appeals the district court's order dismissing, after a review pursuant to 28 U.S.C. § 1915, Gryder's complaint purporting to raise several claims against Defendants. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Gryder's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*